FILED

05/12/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0257

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court No. DA 22-0257

CHARLES SPRAGUE, by and through Paulette Sprague, and PAULETTE SPRAGUE,

Plaintiff, Counterclaim Defendants, and Appellees,

v.

TIM BEARD,

Defendant, Counterclaim Plaintiff, and Appellant.

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION

Upon consideration of Defendant, Counterclaim Plaintiff, and Appellant's unopposed motion for extension of time, and good cause appearing therefore,

IT IS HEREBY ORDERED that, pursuant to Mont. R. App. P. 26(1), Defendant, Counterclaim Plaintiff, and Appellant is granted an extension of time in which to file his reply brief. The Defendant, Counterclaim Plaintiff, and Appellant shall file his reply brief on or before May 26, 2023.

No further extensions will be granted.

1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 12 2023